Paul Q. Goyette, Esq., SBN 137250
Rafael Ruano, Esq. SBN 238905
Christopher J. Wrabel, Esq., SBN 234175
GOYETTE & ASSOCIATES, INC.
11344 Coloma Road, Suite 145
Gold River, CA 95670-4458
Tel: (916) 851-1900
Fax: (916) 851-1995
E-Mail: goyettep@goyette-assoc.com
info@goyette-assoc.com

Attorneys for Plaintiff NORMA RAYGOZA

VILLARREAL HUTNER PC
TRACY S. TODD, ESQ., Cal. Bar No. 172884
E-Mail: ttodd@vhattorneys.com
DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
E-Mail: dpener@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants, SUPERIOR COURT
OF CALIFORNIA, COUNTY OF GLENN,
JANELLE BARTLETT, and
TINA BURKHART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NORMA RAYGOZA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN COUNTY SUPERIOR COURT; JANELLE BARTLETT; and TINA BURKHART,<br><br>Defendants. | CASE NO. 2:08-CV-01636-JAM-EFB<br><br>**STIPULATION AND ORDER FOR A MODIFICATION OF THE STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>Trial Date: October 19, 2009 |

-1-
2:08-CV-01636-JAM-EFB    STIPULATION AND [PROPOSED] ORDER FOR A MODIFICATION OF THE STATUS (PRE-TRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Defendants, Superior Court of California, County of Glenn, Janelle Bartlett, and Tina Burkhart (collectively "Defendants") and Plaintiff Norma Rayzoga, through their undersigned attorneys of record and having met and conferred with each other and with the Clerk of the Court for Judge Mendez of the Eastern District of California, enter into this Stipulation to modify the Status (Pre-Trial Scheduling) Order.

The parties recognize that the original Court order indicates that all discovery shall be completed by April 30, 2009. The parties also recognize that this Court's order indicates that all dispositive motions shall be filed by June 3, 2009 and heard by July 1, 2009. Attorneys for Plaintiff Norma Raygoza wish to bring a motion to compel discovery due to a dispute relating to the production of performance evaluations of non-party witnesses between Plaintiff and Defendant, Glenn County Superior Court. As such, Plaintiff requests and Defendants agree to extend the discovery cut-off up to and including May 29, 2009, for the limited purpose of having the motion to compel relating to the performance evaluations heard and to depose Janelle Bartlett about any performance evaluations that are produced. Further, unless otherwise agreed to in writing by the parties, the parties wish to stipulate that any supplemental production ordered by the Court will be made within one week following such an order and that the deposition of Janelle Bartlett be held whether or not the Court orders the production of additional documents for the limited purpose of her knowledge of the performance evaluations that have been or will be produced in this case, within ten (10) days of the Court's order.

In addition, the parties stipulate and agree that as a result of the extension of the discovery cut-off date for the limited reasons set forth above, the deadlines by which summary judgment must be filed and heard are also continued until July 1 and July 29, 2009, respectively.

///
///
///
///
///

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: April 30, 2009                                  GOYETTE & ASSOCIATES

                                                       By:_____
                                                           PAUL Q. GOYETTE;
                                                           CHRISTOPHER J. WRABEL

                                                       Attorneys for Plaintiff NORMA RAYGOZA


Dated: April 30, 2009                                  VILLARREAL HUTNER PC

                                                       By:           /s/
                                                           TRACY S. TODD
                                                           DANIELLE L. PENER

                                                       Attorneys for Defendants, SUPERIOR
                                                       COURT OF CALIFORNIA, COUNTY OF
                                                       GLENN, JANELLE BARTLETT, and TINA
                                                       BURKHART

**IT IS SO ORDERED that the Status Pre-Trial Scheduling Order be modified pursuant to the parties' stipulation as set forth above.**

Dated: May 1, 2009

                                                       /s/ John A. Mendez_____
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT
                                                       JUDGE

-3-

2:08-CV-01636-JAM-EFB                                  STIPULATION AND [PROPOSED] ORDER FOR A
                                                       MODIFICATION OF THE STATUS (PRE-TRIAL
                                                       SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com