Paul Q. Goyette, Esq., SBN 137250
Rafael Ruano, Esq. SBN 238905
Christopher J. Wrabel, Esq., SBN 234175
GOYETTE & ASSOCIATES, INC.
11344 Coloma Road, Suite 145
Gold River, CA 95670-4458
Tel: (916) 851-1900
Fax: (916) 851-1995
E-Mail: goyettep@goyette-assoc.com
info@goyette-assoc.com

Attorneys for Plaintiff NORMA RAYGOZA

VILLARREAL HUTNER PC
TRACY S. TODD, ESQ., Cal. Bar No. 172884
E-Mail: ttodd@vhattorneys.com
DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
E-Mail: dpener@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants, SUPERIOR COURT
OF CALIFORNIA, COUNTY OF GLENN,
JANELLE BARTLETT, and
TINA BURKHART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NORMA RAYGOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLENN COUNTY SUPERIOR COURT; JANELLE BARTLETT; and TINA BURKHART,<br><br>　　　　Defendants. | CASE NO. 2:08-CV-01636-JAM-EFB<br><br>**STIPULATION AND ORDER TO HAVE DISCOVERY MOTION HEARD ON SHORTENED TIME**<br><br><br>Trial Date:　　　　10/19/2009 |

　　　　Defendants, Superior Court of California, County of Glenn, Janelle Bartlett, and

Tina Burkhart (Collectively "Defendants") and Plaintiff Norma Rayzoga, through their

| | |
|---|---|
| 1 | undersigned attorneys of record, enter into this stipulation to shorten the notice required to hear |
| 2 | Plaintiff's motion to compel. |
| 3 | The discovery cut-off in this matter was originally set for April 30, 2009.  The |
| 4 | parties have stipulated and understand that the Clerk for Judge Mendez has agreed to extend |
| 5 | discovery cut-off until May 29, 2009, so that Plaintiff Norma Raygoza may bring a motion to |
| 6 | compel discovery due to a dispute between Plaintiff and Defendant, Glenn County Superior Court |
| 7 | relating to the production of performance evaluations of non-party witnesses and so that Plaintiff |
| 8 | may depose Janelle Bartlett about any performance evaluations that are produced.  As a result of |
| 9 | the May 29 discovery cut-off date, the parties stipulate and respectfully request this Court to hear |
| 10 | Plaintiff's motion on shortened-time.  Rather than the twenty-one days notice required by Local |
| 11 | Rule 37-251, the parties request a hearing date of May 6, 2009.  The parties have fully met and |
| 12 | conferred with respect to the issue, and both have concluded that the matter cannot be resolved |
| 13 | without the Court's assistance.  The parties will file the Joint Statement re Discovery Disagreement |
| 14 | on May 1, 2009.  Having the motion heard on May 6 will permit the parties sufficient time to have |
| 15 | the motion considered, additional documents, if any, produced, and the deposition of Janelle |
| 16 | Bartlett concluded by the discovery cut-off of May 29, 2009.  If the Court is unable to |
| 17 | accommodate this request, the parties respectfully request that the Court agree to hear the motion |
| 18 | on May 13, 2009, with the Joint Statement re Discovery Disagreement due on May 8, 2009. |
| 19 | **IT IS SO STIPULATED.** |
| 20 | Dated:  May 1, 2009                                                          GOYETTE & ASSOCIATES |
| 21 | |
| 22 | By:_____/s/_____ |
| 23 | PAUL Q. GOYETTE<br>CHRISTOPHER J. WRABEL |
| 24 | Attorneys for Plaintiff NORMA RAYGOZA |

| | |
|---|---|
| Dated: May 1, 2009 | VILLARREAL HUTNER PC |

By:_____/s/_____
TRACY S. TODD
DANIELLE L. PENER

Attorneys for Defendants, SUPERIOR COURT OF CALIFORNIA, COUNTY OF GLENN, JANELLE BARTLETT, and TINA BURKHART

**ORDER SHORTENING TIME**

After considering this *ex parte* stipulation for an order to shorten time for Plaintiff's Motion to Compel, IT IS HEREBY ORDERED that Plaintiff's Stipulated Request for an Order Shortening Time for Plaintiff's Motion to Compel in this case is GRANTED. The parties are to file the Joint Statement Re Discovery Disagreement no later than noon on May 8, 2009, and the matter will be heard on May 13, 2009 at 10:00 a.m. in Courtroom No. 25.

Dated: May 4, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE