1  Paul Q. Goyette, Esq., SBN 137250
2  Rafael Ruano, Esq. SBN 238905
   GOYETTE & ASSOCIATES, INC.
3  11344 Coloma Road, Suite 145
   Gold River, CA 95670-4458
4  Tel: (916) 851-1900
   Fax: (916) 851-1995
5  E-Mail: goyettep@goyette-assoc.com
   info@goyette-assoc.com

6  Attorneys for Plaintiff NORMA RAYGOZA

7  VILLARREAL HUTNER PC
   TRACY S. TODD, ESQ., Cal. Bar No. 172884
8  E-Mail: ttodd@vhattorneys.com
   DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
9  E-Mail: dpener@vhattorneys.com
   575 Market Street, Suite 300
10 San Francisco, California  94105
   Telephone: 415.543.4200
11 Facsimile: 415.512.7674

12 Attorneys for Defendants, SUPERIOR COURT
   OF CALIFORNIA, COUNTY OF GLENN,
13 JANELLE BARTLETT, and
   TINA BURKHART

14

15                 UNITED STATES DISTRICT COURT

16       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

17

18 NORMA RAYGOZA,                    CASE NO. 2:08-CV-01636-JAM-EFB

19        Plaintiff,

20     v.                            **STIPULATION AND  ORDER
                                     REQUESTING AN EARLY
21 GLENN COUNTY SUPERIOR COURT;      SETTLEMENT CONFERENCE AND
   JANELLE BARTLETT; and TINA        WAIVING JUDGE BRENNAN'S
22 BURKHART,                         DISQUALIFICATION TO HANDLE
                                     FURTHER DISCOVERY MATTERS**
23        Defendants.
                                     Trial Date:          October 19, 2009
24

25

26
                                     -1-
27   2:08-CV-01636-JAM-EFB           STIPULATION AND [PROPOSED] ORDER
                                     REQUESTING AN EARLY SETTLEMENT
28                                   CONFERENCE AND WAIVING JUDGE
                                     BRENNAN'S DISQUALIFICATION TO HANDLE
                                     FURTHER DISCOVERY MATTERS

1    Defendants, Superior Court of California, County of Glenn, Janelle Bartlett, and Tina

2  Burkhart (collectively "Defendants") and Plaintiff Norma Rayzoga, through their undersigned

3  attorneys of record and having met and conferred with each other and with the Clerk of the Court

4  for Judge Mendez of the Eastern District of California, enter into this Stipulation requesting the

5  Court to set an Early Settlement Conference and agree and stipulate to waive the disqualification

6  of Magistrate Judge Brennan from handling any further discovery matters.

7    The parties agree and stipulate to cooperate with the Court in the revision of the revised

8  Pretrial Scheduling Order such that neither party will be prejudiced by their participation in a

9  Settlement Conference.

10    **IT IS SO STIPULATED.**

11

12  Dated:  May 28, 2009                GOYETTE & ASSOCIATES

13

14                                      By:_____/s/_____

                                             PAUL Q. GOYETTE;
15                                             RAFAEL RUANO

16                                      Attorneys for Plaintiff NORMA RAYGOZA

17

18

19  Dated:  May 28, 2009                VILLARREAL HUTNER PC

20

21                                      By:_____/s/_____
                                             TRACY S. TODD
22                                           DANIELLE L. PENER

23                                      Attorneys for Defendants, SUPERIOR
                                        COURT OF CALIFORNIA, COUNTY OF
24                                      GLENN, JANELLE BARTLETT, and TINA
                                             BURKHART
25

26                                             -2-

27  2:08-CV-01636-JAM-EFB          STIPULATION AND [PROPOSED] ORDER
                                   REQUESTING AN EARLY SETTLEMENT
28                                 CONFERENCE AND WAIVING JUDGE BRENNAN'S
                                   DISQUALIFICATION TO HANDLE FURTHER
                                   DISCOVERY MATTERS

1

2

3   **IT IS SO ORDERED that an Early Settlement Conference be scheduled and that the Pre-Trial Scheduling Order be modified to allow the parties to avoid prejudice by participating in said Early Settlement Conference .**

4

5

6

7

8   Dated:  May 29, 2009

9

10                                              /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
11                                        UNITED STATES DISTRICT COURT
                                                  JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                                -3-
27  2:08-CV-01636-JAM-EFB                    STIPULATION AND [PROPOSED] ORDER
                                             REQUESTING AN EARLY SETTLEMENT
28                                           CONFERENCE AND WAIVING JUDGE BRENNAN'S
                                             DISQUALIFICATION TO HANDLE FURTHER
                                             DISCOVERY MATTERS

PDF created with pdfFactory trial version www.pdffactory.com