IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMA RAYGOZA,

        Plaintiff,

No. CIV S-08-1636 JAM EFB

vs.

GLENN COUNTY SUPERIOR COURT;
JANELL BARTLESS; and TINA
BURKHART,

ORDER RE SETTLEMENT & DISPOSITION

        Defendants.
_____/

      Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on September 10, 2009, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than seven (7) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: September 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE